**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NOAH MASCARENAS, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>LIAN P. BOYD, an individual; HANSON Z. BOYD, an individual;<br><br>             Defendants. | Case No.: 2:22-cv-00999-RGK-PLA<br><br>[PROPOSED] **ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: February 13, 2023

_/s/ Paul L. Abrams_
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

---

-1-

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER